UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYDER NICHOLAS, on behalf of herself and a class a similarly situated persons, ) ) ) Plaintiffs, ) ) v. ) ) ASCENSION HEALTH, et al., ) ) Defendants, ) | No. 4:25-cv-00051-JAR |

### ORDER OF DISMISSAL

Per the Court's Memorandum and Order entered on May 2, 2025, (ECF No. 23) and because Plaintiff has failed to file an amended Complaint within the time provided by the Court's Order,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

Dated this 23rd day of May, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE